UNITED STATES DISTRICT COURT 

MIDDLE DISTRICT OF LOUISIANA

UNITED STEEL, PAPER AND FORESTRY, RUBBER,
MANUFACTURING, ENERGY AND SERVICE
WORKERS INTERNATIONAL UNION
LOCAL NO. 13-12 a/k/a UNITED STEELWORKERS
LOCAL 13-12

VERSUS

EXXON MOBIL CORPORATION, PREVIOUSLY
D/B/A/ EXXON COMPANY, U.S.A., A DIVISION
OF EXXON CORPORATION AND EXXON
CHEMICALS AMERICAS, AN OPERATING
DIVISION OF EXXON CHEMICAL CO., A
DIVISION OF EXXON CORPORATION
BATON ROUGE, LOUISIANA

CASE NUMBER:

07-538-RET-CN

FILED
U.S. DIST COURT

2009 SEP -9 P 2: 25

BY DEPUTY CLERK

J U D G M E N T

For the oral reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor

of the defendant, Exxon Mobil Corporation, previously d/b/a/ Exxon

Company, U.S.A., a division of Exxon Corporation and Exxon

Chemicals Americas, an operating division of Exxon Chemical Co., a

Division of Exxon Corporation Baton Rouge, Louisiana, against the

plaintiff, United Steel, Paper and Forestry, Rubber, Manufacturing,

Energy and Service Workers International Union Local No. 13-12 a/k/a

United Steelworkers Local 13-12.

The Court reserves the right to supplement its oral reasons with

written reasons should it be necessary.

Baton Rouge, Louisiana, August 26 , 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Doc#46323